WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
David L. Chaffin, Esq., SBN 258459
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 (*Ortega, Jose/Pleadings/Joinder in Notice of Removal*)
(949) 477-5050; Fax: (949) 477-9200

FILED

2009 NOV -5 PM 3: 57

SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Attorneys for Defendants,
SAXON MORTGAGE SERVICES, INC. (erroneously named as "Saxon Mortgage")
and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS ('erroneously named as "MERS")

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R ORTEGA, | ) Case No.: |
| | ) '09 CV 2487 BEN    BLM |
| Plaintiff, | ) |
| | ) **JOINDER IN NOTICE OF** |
| vs. | ) **REMOVAL OF ACTION** |
| | ) **PURSUANT TO 28** |
| NEW CENTURY MORTGAGE CORP, | ) **U.S.C. §1441(b)--(Federal Question)** |
| MERS, SAXON MORTGAGE, | ) |
| QUALITY LOAN SERVICE CORP, | ) |
| SD REALTY INC AND ALL | ) [Filed concurrently with Notice of |
| SUCCESSORS IN INTEREST; and | ) Removal] |
| Does 1-20, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that undersigned named Defendant hereby joins in Defendants' SAXON MORTGAGE SERVICES INC. ("Saxon") and

-1-

JOINDER IN NOTICE OF REMOVAL OF ACTION

1  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS ("MERS") Notice of
2  Removal to this Court of the state court action in the Superior Court of the State of
3  California, for the County of San Diego, entitled *Ortega v. New Century Mortgage*
4  *Corp., et al.,* Case No. 37-2009-00098974-CU-WE-CTL. A true and correct copy of
5  the Complaint is attached to the Notice of Removal as Exhibit "1."
6      The first date upon which any of the undersigned were served with a copy of
7  that Complaint, if at all, was <u>less than</u> thirty (30) days ago.

8                                    Respectfully submitted,
9                                    WRIGHT, FINLAY & ZAK, LLP
10 Dated: October 29, 2009    By: _____
11                                   T. Robert Finlay, Esq.
12                                   David L. Chaffin, Esq.
                                  Attorneys for Defendants,
13                                   SAXON MORTGAGE SERVICES, INC.
14                                   (erroneously named as "Saxon Mortgage")
                                  and MORTGAGE ELECTRONIC
15                                   REGISTRATION SYSTEMS ('erroneously
                                  named as "MERS")
16

17
18 I HEREBY CONSENT TO, AND JOIN IN, THE REMOVAL OF THIS ACTION
  *FROM* THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR SAN
19 DIEGO COUNTY *TO* THE UNITED STATES DISTRICT COURT FOR THE
20 SOUTHERN DISTRICT OF CALIFORNIA FOR THE REASONS STATED IN
  THE NOTICE OF REMOVAL.
21
22                                   MCCARTHY HOLTHUS, LLP
23 Dated: October 28, 2009    By: _____
24                                   David C. Scott, Esq.
25                                   Attorneys for Defendant,
                                  QUALITY LOAN SERVICE CORP.
26
27
28

JOINDER IN NOTICE OF REMOVAL OF ACTION